NITA K. KLUNDER (Mass. Bar No. 689304)
Email:  klunderni@sec.gov
Attorney for Plaintiff
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (617) 573-8822
Facsimile: (617) 573-4590

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FREDERICK BAUMAN,<br><br>　　　　Defendant. | Case No. 2:21-cv-1651<br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY NITA K. KLUNDER** |

　　　Pursuant to Local Rule IA 11-3, the United States Securities and Exchange Commission ("SEC") respectfully requests that this honorable Court admit the

undersigned government attorney, Nita K. Klunder, to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of her employment by the United States. Local Rule IA 11-3 provides:

> Unless the court orders otherwise, any attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants.

Ms. Klunder is an attorney with the SEC, an agency of the federal government. Ms. Klunder is a member in good standing of the State Bar of Massachusetts (Bar No. 689304).  Ms. Klunder's contact information is:

Nita K. Klunder
Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110
Telephone: (617) 573-8822
Facsimile: (617) 573-4590
Email: klunderni@sec.gov

Accordingly, the SEC respectfully requests that this honorable Court admit Nita K. Klunder to practice in the District of Nevada for the duration of her employment by the SEC.

Dated: September 8, 2021

Respectfully submitted,

*/s/ Nita K. Klunder*
Nita K. Klunder
Attorney for Plaintiff
Securities and Exchange Commission

**IT IS SO ORDERED**
DATED:  September 13, 2021

Gloria M. Navarro, District Judge
United States District Court